**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**



**UNITED STATES OF AMERICA**

V.    INDICTMENT NO. 22-57-DLB-CJS

**DOMINIQUE LYTTLE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about July 20, 2021, in Boone County, in the Eastern District of Kentucky,

**DOMINIQUE LYTTLE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Springfield Armory, Model XDS, 9-millimeter pistol, bearing serial number S3922335, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about July 20, 2021, in Boone County, in the Eastern District of Kentucky,

**DOMINIQUE LYTTLE**

knowingly and intentionally possessed with the intent to distribute a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about July 20, 2021, in Boone County, in the Eastern District of Kentucky,

**DOMINIQUE LYTTLE,**

in furtherance of the drug trafficking crime in Count 2 of this Indictment, for which he may be prosecuted in a court of the United States, did knowingly possess a firearm, that is, a Springfield Armory, Model XDS, 9-millimeter pistol, bearing serial number S3922335, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offenses alleged in Counts 1 and 3 of the Indictment, the below-listed firearm is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

In committing the offense alleged in Count 2 of this Indictment, the same being punishable by imprisonment for more than one year, **DOMINIQUE LYTTLE** used and intended to use, the below-described property to commit and to facilitate the commission of the said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violation of 21 U.S.C. § 841(a)(1), including, but not limited to, the following:

**FIREARM**:

A Springfield Armory, Model XDS, 9-millimeter pistol, bearing serial number S3922335, and all associated ammunition.

By virtue of the commission of the felony offenses charged in the Indictment, any and all interest **DOMINIQUE LYTTLE** has in the above-described property is vested in, and hereby forfeited to, the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

**A TRUE BILL**

███████████████

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**If 18 U.S.C. § 924(e) applies:** Not less than 15 years nor more than life imprisonment, a $250,000 fine, and not more than 5 years supervised release.

**COUNT 2:** Not more than 20 years imprisonment, a $1,000,000 fine, and at least 3 years of supervised release.

**If a prior conviction for a felony drug offense:** Not more than 30 years imprisonment, a $2,000,000 fine, and at least 6 years of supervised release.

**COUNT 3:** Not less than 5 years, nor more than life imprisonment, to run consecutively to any other term of imprisonment imposed, a fine of not more $250,000 fine, and 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture of all listed property.